UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

DIXIE THOMPSON                                           PLAINTIFF

vs                                                                 CIVIL NO. 3:07CV00059-SA-EMB

MICHAEL J. ASTRUE, Commissioner
of Social Security                                        DEFENDANT

## ORDER GRANTING ADDITIONAL
## TIME IN WHICH TO FILE MEMORANDUM OF AUTHORITIES

THIS DAY this cause having come on for hearing on the Attorney for Plaintiff's *Ore Tenus* Motion for Extension of time in which to file a Memorandum of Authorities in the above cause, and the Court, after finding that the Office of the U. S. Attorney has no objection to said extension of time and after having heard and considered said motion, does Order as follows:

That the Plaintiff is hereby allowed an extension of time in which to file her Memorandum of Authorities in the above styled and numbered cause, said extension to run through and including the 28th day of January, 2008.

**SO ORDERED** this the 28th day of December, 2007.

                                                               /s/ Eugene M. Bogen
                                                                U. S. MAGISTRATE JUDGE