IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

DIXIE THOMPSON

VS.                                                         CIVIL ACTION NO. 3:07CV59-SA-DAS

MICHAEL J. ASTRUE,
Commissioner of
Social Security

**ORDER**

Upon consideration of the file and records in this case, the court finds that the Report and Recommendations of the United States Magistrate Judge dated September 10, 2008, was on that date duly filed and the parties notified; that more than ten days have elapsed since notice of said Report and Recommendations; and that no objection thereto has been filed or served by any party. The Court is of the opinion that the Report and Recommendations should be approved and adopted as the opinion of the court. It is, therefore, **ORDERED:**

1. That the Report and Recommendations of the United States Magistrate Judge dated September 10, 2008, be, and it is hereby, approved and adopted as the opinion of the court, and that the proposed findings of fact and conclusions of law therein set out be, and are hereby, adopted as the findings of fact and conclusions of law of the court.

2. That the final decision of the commissioner be, and it is hereby, reversed and this case remanded for further administrative action.

SO ORDERED, this, the ___25th___ day of September 2008.

                                                                                 /s/ Sharion Aycock
                                                                                **UNITED STATES DISTRICT JUDGE**